UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:04cr0083 AS |
| | ) | |
| **JOSE MENDOZA** | ) | |

*MEMORANDUM OPINION AND ORDER*

This court takes full judicial notice of the record in this case including the jury trial that was held in June 2005.  On July 11, 2005, the defendant, Jose Mendoza, filed a motion for judgment of acquittal and a motion for a new trial, to which the United States of America responded on August 26, 2005.  Thus, the same is now ripe for ruling.

Although it is not a personal criticism of counsel, it is of some moment that neither of the aforesaid motions filed July 11, 2005 contained any case authority.  The jury verdict here was returned on the sole and single count of the indictment.  Challenging this verdict on the basis of insufficient evidence is certainly an uphill climb in this circuit.  *Jackson v. Virginia*, 443 U.S. 307 (1979) makes it so, and its progeny in this district makes it even more difficult.  It is fundamental under both the provision for jury trial in criminal cases embedded in the original Constitution of the United States, Article III, as well as the Sixth Amendment of the Constitution of the United States, confine to the jury the very human function of determining credibility.  Such is at the very heart of the jury function in criminal cases.  *See United States v. Jackson*, 177 F.3d 628 (7th Cir. 1999).  Additionally, there is simply no basis in the record that would trigger the grant of a new trial under Rule 33, Federal Rules of

Criminal Procedure.  *See United States v. Reed*, 875 F.2d 107 (7th Cir. 1989).  Sentencing is now set in this case for October 21, 2005 at 1:30 p.m. in South Bend, Indiana, and that sentencing will go forward.  The aforesaid motions filed on behalf of the defendant, Jose Mendoza, on July 11, 2005 are thus **DENIED**.  **IT IS SO ORDERED**.

    **DATED:**  August 30, 2005

                                            **S/ ALLEN SHARP**
                                            **ALLEN SHARP, JUDGE**
                                            **UNITED STATES DISTRICT COURT**