UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 3:04cr00083 AS |
| ) | |
| JOSE MENDOZA. ) | |

MEMORANDUM AND ORDER

On June 21, 2006 at 4:59 p.m. the defendant filed a 16 page Sentencing Memorandum raising a wide array of sentencing issues. This memorandum did not come to the attention of this judge until noon (12:00) on June 22, 2006. It has been the continuous effort of the undersigned judge to remain current in regard to the increasing demands found in decisions of the Court of Appeals in this Circuit regarding federal sentencing. Given the volume of work involved in the sentencing process, and other judicial commitments, there is no reasonable way that this judge can consider the issues raised here and deal with them appropriately on such short notice. Therefore it is necessary to now, once again delay and continue the sentencing hearing in this case. Thus the proceeding scheduled for June 23, 2006 in South Bend, Indiana is continued and is reset for July 10, 2006 at 1:30 p.m. (Eastern time).

IT IS SO ORDERED.

DATED: June 22, 2006

      S/ ALLEN SHARP
      ALLEN SHARP, JUDGE
      UNITED STATES DISTRICT COURT